M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:        rfinch@messner.com
                    cmeyer@messner.com
*Attorneys for Defendant State Farm*
*Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OTIS JAMES HINES, an individual; FRANK C. BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-XX, and ROE CORPORATIONS I-XX,<br><br>Defendants. | Case No.: 2:23-cv-02034-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiffs OTIS JAMES HINES and FRANK C. BROWN, through counsel of record SCOTT L. ROGERS, ESQ. of MITCHELL ROGERS INJURY LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-02034-GMN-DJA, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 8th day of March, 2024

**MESSNER REEVES LLP**

*/s/ Renee M. Finch*
_____
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Road Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 8th day of March, 2024

**MITCHELL ROGERS INJURY LAW**

*/s/ Scott L. Rogers*
_____
Scott L. Rogers, Esq.
Nevada Bar No. 13574
2020 W Sunset Road
Henderson, Nevada 89014
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.  The Clerk of Court is instructed to close the close.

_____
United States District Court Judge

DATED: March 11, 2024